ADOLF WEXLER, Respondent, v. ISAAC LEVY and Another, Appellants, Impleaded with Others, Defendants. (Appeal No. 3.) — Order reversed on the law, with ten dollars costs and disbursements, and the motion granted, on the ground that the defendants are entitled to examine plaintiff on the question of the affirmative defense of usury. The examination will proceed at a time and place to be fixed in the order. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur. Settle order on notice.

B. ALTMAN & Co., Appellant, v. BROAD PARK PLAZA CORPORATION and JOSEPH WENNEMER, Defendants; THOMAS F. REYNOLDS, Sheriff of Westchester County, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

ALFRED ARCURI, as Administrator, etc., of CARMINE ARCURI, Deceased, Appellant, v. ANTOINETTE ARCURI, Otherwise Known as ANTOINETTE VIGLIONE, Respondent, and Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Questions to be certified. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ. Settle order on notice. [See ante, p. 837.]

BUSH TERMINAL BUILDINGS COMPANY, Respondent, v. HARRY SCHWARTZ, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

JOHN F. CARNEY and CATHERINE MULCAHEY, as Executors of LUELLA WALTER EISENLOHR, Deceased, Respondents, v. PAUL C. KIENAST, Appellant. (Appeal No. 1.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

BATTISTA COMBY and SILVIO PASCETTI, Doing Business under the Firm Name and Style of B. COMBY & COMPANY, Plaintiffs, Respondents, Appellants, v. BENJAMIN C. HARVEY, Defendant, Appellant, Respondent, and CORTLANDT MORTGAGE COMPANY, Defendant, Respondent.— Motion for reargument denied, with ten dollars costs. · Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

MARY DONOHUE and Another, Respondents, v. HAVEN TRANSPORTATION, INC., Defendant, and BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

HYMAN FOX, Appellant, v. NEW YORK FIRE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.